# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**DONNA ROBERTS,**                          )
                                            )
    **Petitioner – Appellant,**          )          **CASE NO: 23-3789**
                                            )
**v.**                                      )          **CAPITAL CASE**
                                            )
**TERI BALDAUF,**                           )
                                            )
    **Respondent – Appellee.**          )

---

## NOTIFICATION OF INTENT TO FILE
## MOTION TO EXPAND THE CERTIFICATE OF APPEALABILITY

---

Petitioner-Appellant Donna Roberts notifies the Court of her intent to file a Motion to Expand the Certificate of Appealability on or before February 23, 2024.

Ms. Roberts' habeas petition was filed December 20, 2021. (ECF 10). The District Court denied the petition on August 15, 2023 but granted a certificate of appealability on one claim.  (ECF 31).

Respectfully submitted,

STEPHEN C. NEWMAN (0051928)
FEDERAL PUBLIC DEFENDER

*/s/ Calland M. Ferraro*
Calland M. Ferraro (0093439)
Assistant Federal Public Defender

1

*/s/ Jillian S. Davis*
Jillian S. Davis (0067272)
Research and Writing Attorney
Office of the Federal Public Defender,
Northern District of Ohio
Capital Habeas Unit
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 (o); (216) 522-1951 (f)
Calland_Ferraro@fd.org
Jillian_Davis@fd.org

*Counsel for Petitioner-Appellant*
*Donna Roberts*

## Certificate of Service

I hereby certify that on September 28, 2023, a copy of the foregoing Notification of Intent to File Motion to Expand the Certificate of Appealability was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully Submitted,

*s/Calland M. Ferraro*
Calland M. Ferraro

*Counsel for Petitioner-Appellant*
*Donna Roberts*

2